DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

JESSIE MIXON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1485

—————————————————

August 14, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Jessie Mixon, pro se.

PER CURIAM.

   Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.